AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19-CR-232 |
| Brian Patrick Baynes | ) | |
| | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
AUG - 8 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/8/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Shannon S. Quill
*Printed name of defendant's attorney*

/s/
Liam O'Grady
United States District Judge
*Judge's signature*

_____
*Judge's printed name and title*